# In the United States Court of Federal Claims

Filed:  January 8, 2018

| | |
|---|---|
| IN RE ADDICKS AND BARKER (TEXAS) FLOOD-CONTROL RESERVOIRS | Master Docket No. 17-3000L |
| THIS DOCUMENT APPLIES TO:<br><br>ALL CASES | |

## ORDER

On January 2, 2018, the court issued an Order directing the parties to file a Joint Status Report on January 5, 2018.  ECF No. 122.

On January 4, 2018, the parties met in Houston, Texas to identify test cases and discuss whether those test cases, once adjudicated, will have a preclusive effect on all directly or indirectly related cases.

On January 5, 2018, Plaintiffs filed a Status Report, stating, *inter alia*, that "[t]he United States will give to Plaintiffs by January 8, 2018 a list of requested information it believes relevant to test property selection."  ECF No. 125 at 2.  On that same day, the Government filed a Status Report, informing the court that "[t]he United States will give to Plaintiffs[,] by January 8, 2018[,] a list of requested information it believes relevant to test property selection."  ECF No. 126 at 2.

Accordingly, the Government is directed to provide the aforementioned information to Plaintiffs today, January 8, 2018, by 5:00 PM (EST).

**IT IS SO ORDERED.**

s/ Susan G. Braden
**Susan G. Braden**
**Chief Judge**